# United States Bankruptcy Court
## Northern District of Illinois

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) **Courtesy Manufacturing Company** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) **N/A** |
|---|---|

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): **EIN 36-3568434**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) **1300 Pratt Blvd.** **Elk Grove Village, IL 60007** COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS **Cook** ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address) **N/A** ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**N/A**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

### VENUE
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

American LegalNet, Inc.
www.FormsWorkflow.com

Official Form 5 (09/05) 2 cont. Case 08-72524 Doc 1 Filed 06/13/08 Entered 06/13/08 16:12:56 Desc Main Document Page 2 of 2

Name of Debtor: Courtesy Manufacturing Company
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _Mark E. Keller President_
Signature of Petitioner or Representative (State title)

A-American Machine & Assembly Co.    6-13-08
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark Keller
2620 Auburn Strreet
Rockford, IL 61101
President

x /s/William J. Connelly    6-13-08
Signature of Attorney        Date
William J. Connelly
HINSHAW & CULBERTSON LLP
Name of Attorney Firm (If any)
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
Address
(312) 704-3000
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x /s/Thomas J. Lester    6-13-08
Signature of Attorney     Date
Thomas J. Lester
HINSHAW & CULBERTSON LLP
Name of Attorney Firm (If any)
100 Park Ave., P.O. Box 1389
Rockford, IL 61105-1389
Address
(815) 490-4900
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x /s/Matthew M. Hevrin    6-13-08
Signature of Attorney      Date
Matthew M. Hevrin
HINSHAW & CULBERTSON LLP
Name of Attorney Firm (If any)
100 Park Ave., P.O. Box 1389
Rockford, IL 61105-1389
Address
(815) 490-4910
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| A-American Machine & Assembly Co., 2620 Auburn Rockford, IL 61101 | Judgment | $2,804,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

American LegalNet, Inc.
www.FormsWorkflow.com